UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

C. RODNEY YODER,

    Plaintiff,

v.

LORA ACRA and
DARREN ONWILER,

    Defendants.                            No. 12-cv-1269-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on December 10, 2013 (Doc. 31), this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                  BY:    /s/*Sara Jennings*
                                              **Deputy Clerk**

Dated: February 14, 2014

Digitally signed by David R. Herndon
Date: 2014.02.14 12:09:23 -06'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT